UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE LABORERS PENSION
TRUST FUND — DETROIT AND VICINITY,
TRUSTEES OF THE LABORERS
VACATION AND HOLDIDAY TRUST FUND
— DETROIT AND VICINITY, TRUSTEES
OF THE LABORERS METROPOLITAN
DETROIT HEALTH AND WELFARE FUND,
and TRUSTEES OF THE MICHIGAN
LABORERS TRAINING FUND,

      Plaintiffs,

      v.          Case No. 11-CV-10071

DEMREX INDUSTRIAL SERVICES, INC.,

      Defendant.
_____/

**ORDER SETTING DEADLINES REGARDING AUDIT**

On August 29, 2011, the court conducted a telephone conference in the above-captioned matter. During the conference, Defendant's counsel expressed minor disputes with the audit Plaintiff provided. Plaintiff's attorney indicated that he needed to know the areas of dispute in order to move forward with an anticipated motion for summary judgment. The court stated that it would allow Defendant a short period of time to prepare a reaction to Plaintiff's audit and would permit Plaintiff to prepare a response to Defendant's reaction. Accordingly,

IT IS ORDERED that Defendant shall provide Plaintiff with a written reaction to Plaintiff's audit by **September 6, 2010**. Plaintiff's written response to the reaction shall be provided to Defendant by **September 13, 2011**. The court will conduct a telephone

conference on **September 14, 2011 at 4:00 p.m.** with the expectation that the parties may have agreed upon a resolution to the above-captioned matter or have narrowed the issues to a point to allow for abbreviated motion practice.  The court will initiate the conference call.

      s/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated:  August 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2011, by electronic and/or ordinary mail.

      s/Lisa G. Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522