UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

Trustees of the
LABORERS' PENSION TRUST FUND -
DETROIT AND VICINITY; LABORERS'
VACATION AND HOLIDAY TRUST FUND -
DETROIT AND VICINITY; LABORERS
METROPOLITAN DETROIT HEALTH & WELFARE
FUND; and MICHIGAN LABORERS' TRAINING FUND,
trust funds established under, and
administered pursuant to, federal law,

v                                                                      Case No. 11-10071
                                                                       HON. ROBERT H. CLELAND
DEMREX INDUSTRIAL SERVICES, INC.,

     Defendant.
_____/

## **JUDGMENT**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is entered against Defendant, Demrex Industrial Services, Inc., in favor of Plaintiffs, in the amount of $700,468.08, representing the amount owed by defendant to plaintiffs for the period of March, 2010 through January, 2011[1], exclusive of interest, costs or attorney fees,

---

[1] Consisting of $631,894.85 in contributions, $63,645.47 in liquidated damages resulting from the audit, and $4,927.46 in liquidated damages resulting from late payments.

with interest to accrue on said Judgment from and after date of entry of this Judgment as provided for in 28 U.S.C. §1961, and plaintiffs shall have full right of execution thereon.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 3, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

Stipulated as to form and content:

| SACHS WALDMAN | MCALPINE & ASSOCIATES |
|---|---|
| By:  s/George H. Kruszewski | By:    /s/ Ryan W. Jezdimir w perm GHK |
|    GEORGE H. KRUSZEWSKI |    RYAN W. JEZDIMIR |
|    Attorneys for Plaintiffs |    Attorneys for Defendant |
|    1000 Farmer St. |    3201 University Drive |
|    Detroit, MI 48226 |    Suite 100 |
|    Telephone (313) 965-3464 |    Auburn Hills, MI 48326 |
|    Gkruszewski@sachswaldman.com |    Telephone (248) 373-3700 |
|    (P-25857) |    rwjezdimir@mcalpinelawfirm.com |
| |    (P-63065) |

November 1, 2011